IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY HARRIS**                                                                                    **PLAINTIFF**

v.                                      CASE NO. 4:23-CV-00814-BSM

**VASILY MOSPANYUK and**
**A 7 TRANSPORT LOGISTICS LLC**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE